KNEELAND S. TOWNSEND, Administrator, etc., Respondent, *v.* CHARLES O'CONNOR, Impleaded, etc., Appellant.

(Argued April 15, 1878; decided April 23, 1878.)

DISPOSED of on the facts; the court holding that a mere question of fact, determined below, upon conflicting evidence was involved, which was not reviewable here.

*Samuel Hand* for appellant.

*William R. Martin* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.

———————

IN THE MATTER OF THE PETITION OF THE NEW YORK PROTESTANT EPISCOPAL PUBLIC SCHOOL TO VACATE ASSESSMENTS.

(Argued April 16, 1878; decided April 26, 1878.)

REPORTED below, 13 Hun, 457.

*George C. Genet* for appellant.

*J. A. Beall* for respondent.

Agree to affirm order. No opinion.
All concur.
Order affirmed.